ROBERT J. MACHER, Appellant, v. ISRAEL GRUBER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHRISTOPHER J. HICKMAN, Respondent, v. STOWELL MOTOR CAR COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS F. FOODY, Appellant, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MICHAEL BOSAK, Appellant, v. CHRISTOPHER L. ORBACH and Others, Impleaded with SLOVAK PRESS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ARTHUR L. ZADUK, Respondent, v. MAY M. ZADUK, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANTONIO J. SADALLAH, Appellant, v. MANUEL HAZIM and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM W. CUNNINGHAM, in Behalf of Himself and All Other Creditors of the Estate of WILLIAM LOGIE, Deceased, etc., Respondent, v. ISABEL W. LOGIE, Individually, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BENJAMIN H. HERRMANN, Respondent, v. JOSEPH M. GOTTESMAN, Doing Business as UNIVERSAL TRADING COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALEXANDER H. PINCUS and Another, on Behalf of Themselves, etc., Respondents, v. JOSEPH L. GRAF and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LORENZ KILLERMANN, Appellant, v. MARY KILLERMANN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.